SEALED

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:     Corey Troy Morton                    Case Number: 4:24CR00123-1

Name of Sentencing Judicial Officer: U.S. District Judge John Andrew Ross

Name of Reassigned Judicial Officer: U.S. District Judge Amos L. Mazzant, III

Date of Original Sentence: August 16, 2016

Original Offense:          Felon in Possession of a Firearm

Original Sentence:         120 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: February 13, 2023
                                                          Expiration Date: February 12, 2026

---

## PETITIONING THE COURT

TO ISSUE A WARRANT

<u>CONDITION</u>

<u>NATURE OF NONCOMPLIANCE</u>

**Allegation 1**
Mandatory
The defendant shall not commit another federal, state, or local crime.

**Allegation 2**
Mandatory
The defendant shall not unlawfully possess a controlled substance.

On or about July 8, 2024, the Richardson Police Department conducted an investigative stop on the vehicle where Mr. Morton was the passenger. During a pat search of Mr. Morton for weapons, a small plastic bag fell from his waistband. The bag contained multiple smaller bags with multicolored pills which Mr. Morton identified as ecstasy, and a white powdery substance which he identified as cocaine. Mr. Morton immediately stated the bag contained drugs, that he was a drug user, and none of it was his wife's, who was the driver of the vehicle.

Mr. Morton also advised a backpack on the front passenger floorboard was his property and there was marijuana inside it. During the subsequent search of the vehicle, officers located the backpack which contained multiple cell phones, two baggies containing marijuana, small plastic jewelry bags, and $1,046 in U.S. currency.

Mr. Morton was arrested for the following charges:

1) Possession of a Controlled Substance PG 1/1B >= 1G<4G – Cocaine – 3rd Degree felony.
2) Manufacture/Delivery Controlled Substance PG 2 or 2-A >= 4G <400G – Ecstasy – 1st Degree Felony
3) Manufacture/Delivery Controlled Substance PG 2 or 2-A >= 4G <400G – Adderall – 1st Degree Felony
4) Possession of Marijuana <2oz – Class B Misdemeanor

Charges 1 and 4 noted above were subsequently dropped by the assigned Detective with the Richardson Police Department. Mr. Morton posted bond on the other two charges, and they remain pending as of this writing.

**Allegation 3**
Mandatory
The defendant shall refrain from any unlawful use of a controlled substance.

On April 17, 2023; December 6, 2023; April 9, 2024; and April 30, 2024, the defendant reported to the U.S. Probation Office and submitted a urine sample which tested positive for the use marijuana. All four urine samples were confirmed positive for THC use by Alere Toxicology Services Inc.

**Allegation 4**
Standard
(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Allegation 5**
Standard
(6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

On April 9, 2024, the defendant informed the U.S. Probation Office that he moved to a new residence in Prosper, Texas, at the end of March 2024 and failed to notify the probation office at least ten days prior to his change in residence.

**U.S. Probation Officer Recommendation and Justification:**

Corey Troy Morton began his term of supervised release in the Eastern District of Texas, Plano Division on February 13, 2023. Jurisdiction of Mr. Morton's case was initially out of the Eastern District of Missouri, and he was approved to be supervised in the Eastern District of Texas and reside with his cousin in Princeton, Texas, mostly because he wanted a fresh start and preferred to be away from the Eastern District of Missouri where his instant offense originated.

Between April 17, 2023, and April 30, 2024, Mr. Morton admitted and tested positive for the use of marijuana on four separate occasions. Further, Mr. Morton has been able to secure stable employment while on supervision; however, he has had issues with securing a stable residence. Mr. Morton was receiving drug treatment with Fletcher

Counseling in Plano, Texas, at a rate of two sessions per month and was also approved for telehealth sessions so it would not interfere with his hours of employment.

On April 5, 2024, the defendant was issued a citation in Little Elm, Texas, for Possession of Drug Paraphernalia and Open Container-Driver; however, these charges were dismissed on June 14, 2024.

Mr. Morton has been provided with the resources to make better decisions, however; he continues to put himself in situations that violate his conditions of supervised release and has been reminded of the consequences on several occasions. Therefore, it is respectfully recommended the Court issue a warrant for Corey Troy Morton to appear in court and show cause why his supervision should not be revoked.

I declare under penalty of perjury that the
foregoing is true and correct.

Reviewed and approved:

Rick Ramos
Sr. U.S. Probation Officer
469-304-4942

Jansen Kitchens
Supervising U.S. Probation Officer

Executed on Date: July 12, 2024

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| *versus* | § | CASE NO. 4:24CR00123-001 |
| | § | |
| COREY TROY MORTON | § | |

**Sealed Order on Petition for Warrant or Summons for Offender Under Supervision**

The Court has reviewed the Petition for Warrant or Summons for Offender Under Supervision filed on July 12, 2024, and orders that a warrant be issued for the offender to appear and show cause why his supervision should not be revoked:

☐    Grant
☐    See Judge

UNITED STATES GOVERNMENT
MEMORANDUM

| | |
|---|---|
| **To:** | Kimberly C. Priest Johnson, U.S. Magistrate Judge |
| | Aileen Goldman Durrett, U.S. Magistrate Judge |
| **From:** | Rick Ramos, U.S. Probation Officer |
| **Subject:** | Revocation Proceeding |
| | U.S. vs. Corey Troy Morton |
| | 4:24CR00123-001 |
| **Date:** | July 12, 2024 |

Pursuant to the U.S. Probation Office's request for the issuance of a Warrant in the case of Corey Troy Morton, the following preliminary information is being made available to the Court. If the offender is found to have violated his conditions of supervised release, the following information applies.

*It is the policy of the U.S. Probation Office that when an offender tests positive for drug usage, we will recommend that the Court find that the offender possessed the drug. Per Fifth Circuit case law, the Court may or may not find that use is equivalent to possession. As such, the Court is provided the guideline range for both use and possession of the drug in question.*

**Violation:** Committing the offenses of Manufacture/Delivery of a Controlled Substance PG 2 (Adderall); and Manufacture/Delivery of a Controlled Substance PG 2 (Ecstasy)

**Grade of Violation:** A

**Offender's Criminal History Category:** IV

**Applicable Guideline Range for Imprisonment:** 24 to 30 months; however, due to statutory authorized maximum imprisonment being 2 years, in accordance with U.S.S.G. § 7B1.4(b)(3)(A) the guideline range becomes 2 years.

**Statutorily Authorized Maximum Imprisonment Term:** 2 years

**Violation:** Committing the offense of Possession of a Controlled Substance - Cocaine

**Grade of Violation:** B

**Offender's Criminal History Category:** VI

**Applicable Guideline Range for Imprisonment:** 12 to 18 months

**Statutorily Authorized Maximum Imprisonment Term:** 2 years

**Violation:**   Committing the offense of Possession of Marijuana, by possessing marijuana through its use, and by failing to notify the probation office at least ten days prior to any change in residence

**Grade of Violation:**   C

**Offender's Criminal History Category:**   IV

**Applicable Guideline Range for Imprisonment:**   6 to 12 months

**Statutorily Authorized Maximum Imprisonment Term:**   2 years

| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:14CR00360-1 JAR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>4:24cr123 -ALM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Corey Troy Morton<br>Click here to enter text. | DISTRICT<br>Eastern District of Missouri | DIVISION<br>Eastern Division<br>St. Louis, MO |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>The Honorable John A. Ross<br>Senior United States District Judge | |
|---|---|---|

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>February 13, 2023 | TO<br>February 12, 2026 |
|---|---|---|---|

OFFENSE

Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Eastern District of Texas is requesting jurisdiction of Morton's case so that any future violations can be addressed locally.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

    06/03/2024
    *Date*

*John A. Ross*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    JUNE 5, 2024
    *Effective Date*

*Amos Mazzant*
*United States District Judge*

**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

CLOSED,1stSTEP,CompRel

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: <u>4:14−cr−00360−JAR</u>−1

Case title: USA v. Morton

Date Filed: 11/12/2014

Date Terminated: 08/16/2016

Assigned to: Sr. District Judge
John A. Ross

**Defendant (1)**

**Corey Troy Morton**
*TERMINATED: 08/16/2016*

represented by **Corey Troy Morton**
42614−044
OXFORD−FCI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
Oxford, WI 53952
PRO SE

**Nanci McCarthy**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3077
Email: nanci_mccarthy@fd.org
*TERMINATED: 03/13/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*
*Bar Status: Gov*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER − St Louis
1010 Market Street
Suite 200
St. Louis, MO 63101

314–241–1255
Fax: 314–421–3177
Email: moe_ecfnote@fd.org
*TERMINATED: 03/13/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Status: Gov*

| **Pending Counts** | **Disposition** |
|---|---|
| Felon in possession of one or more firearms<br>(3r) | IMPRISONMENT: 120 months, This sentence shall run concurrent with any sentence imposed in Circuit Court, St. Louis County, Missouri, under Docket Nos. 13SL–CR08555–0l and 13SL–CR00386–0l.; SUPERVISED RELEASE: three years (See judgment for additional terms); Special Assessment of $100 due immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Possession with intent to distribute heroin<br>(1r) | Dismissed upon motion of the government. |
| Possession of a firearm in furtherance of a drug–trafficking crime<br>(2r) | Dismissed upon motion of the government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Antoinette Decker** |
|---|---|---|
| | | UNITED STATES ATTORNEYS OFFICE – St. Louis<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO 63102 |

314–539–2200
Fax: 314–539–3887
Email: usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Retired*

**Thomas S. Rea**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Email: usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

**Tiffany G. Becker**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Fax: 314–539–2312
Email: tiffany.becker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2014 | 1 | INDICTMENT returned in open court on 11/12/2014 to Judge Audrey G. Fleissig by the Foreperson of the Grand Jury. Referred to Magistrate Judge Nannette A. Baker as to Corey Troy Morton (1) count(s) 1, 2, 3. (Attachments: # 1 Criminal Cover Sheet) (DLB) (Entered: 11/12/2014) |
| 11/12/2014 | 2 | REDACTED INDICTMENT returned in open court on 11/12/2014 to Judge Audrey G. Fleissig by the Foreperson of the Grand Jury. Referred to Magistrate Judge Nannette A. Baker as to Corey Troy Morton (1): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 3 is now count 3r.. (DLB) (Entered: 11/12/2014) |

| 11/12/2014 | | Warrant Issued as to Indictment in case as to Corey Troy Morton. (DLB) (Entered: 11/12/2014) |
|---|---|---|
| 11/12/2014 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 11/12/2014) |
| 11/13/2014 | 3 | ENTRY OF ATTORNEY APPEARANCE Antoinette Decker appearing for USA. (Decker, Antoinette) (Entered: 11/13/2014) |
| 11/13/2014 | 4 | MOTION for Pretrial Detention and Hearing by USA as to Corey Troy Morton. (Decker, Antoinette) (Entered: 11/13/2014) |
| 11/13/2014 | 5 | ENTRY OF ATTORNEY APPEARANCE Thomas S. Rea appearing for USA. (Rea, Thomas) (Entered: 11/13/2014) |
| 11/13/2014 | 6 | Order for Application for Writ of Habeas Corpus ad Prosequendum ` as to Corey Troy Morton. Signed by Magistrate Judge Noelle C. Collins on 11/13/2014. (CLK) (Entered: 11/14/2014) |
| 11/13/2014 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to defendant Corey Troy Morton for Initial Appearance (CLK) (Entered: 11/14/2014) |
| 11/13/2014 | | Arrest of defendant Corey Troy Morton date of arrest: 11/13/2014 (CLK) (Entered: 11/14/2014) |
| 06/16/2015 | 8 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Initial Appearance/Rule 5 as to Corey Troy Morton held on 6/16/2015. Defendant states he has retained the Rosenblum Law Firm. Counsel to be appointed until/if retained counsel enters their appearance. Defendant given copy of: indictment. Defendant to retain: Counsel. Pretrial Services bail report received on: 06/16/2015. Pretrial Services Officer: Mallory Griep. Detention Hearing set for 6/18/2015 10:00 AM in Courtroom 13S before Magistrate Judge Shirley P. Mensah. Arraignment set for 6/18/2015 11:00 AM in Courtroom 9N before Magistrate Judge Nannette A. Baker. (FTR Gold Operator initials:L. Wooley.) (FTR Gold: Yes.) (proceedings started: 11:38 am.) (proceedings ended: 11:47 am.) (Defendant Location: Remanded to Custody.) (CLK) (Entered: 06/16/2015) |
| 06/16/2015 | 9 | CJA 23 Financial Affidavit by Corey Troy Morton (CLK) (Entered: 06/16/2015) |
| 06/16/2015 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Corey Troy Morton St. Louis Fed Public Defender for Corey Troy Morton appointed. Signed by Magistrate Judge Shirley P. Mensah on 06/16/2015. (CLK) (Entered: 06/16/2015) |
| 06/17/2015 | 11 | BAIL REPORT(FILED UNDER SEAL) as to Corey Troy Morton. (MKG) (Entered: 06/17/2015) |
| 06/18/2015 | 12 | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Corey Troy Morton (1) Count 1r,2r,3r held on 6/18/2015. Oral motion for extension of time to file pretrial motions is granted. Criminal Pretrial Motion due by 7/9/2015. (FTR Gold Operator initials:CLK.) (FTR Gold: Yes.) (proceedings started: 11:09 am.) (proceedings ended: 11:13 am.) (Defendant Location: CUSTODY.) (CLK) (Entered: 06/18/2015) |

| 06/18/2015 | 13 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Detention Hearing as to Corey Troy Morton held on 6/18/2015. Deft. waives hearing and signs waiver form. (FTR Gold Operator initials:L. Wooley.) (FTR Gold: Yes.) (proceedings started: 10:02 am.) (proceedings ended: 10:04 am.) (Defendant Location: Remanded to CUSTODY.) (CLK) (Entered: 06/18/2015) |
|---|---|---|
| 06/18/2015 | 14 | WAIVER OF DETENTION HEARING/STIPULATED ORDER OF DETENTION as to Corey Troy Morton (1) Signed by Magistrate Judge Shirley P. Mensah on 06/18/2015. (CLK) (Entered: 06/18/2015) |
| 06/18/2015 | 15 | Warrant Returned Executed as to Indictment on 06/11/2015 in case as to Corey Troy Morton (CLK) (Entered: 06/18/2015) |
| 06/19/2015 | 16 | ORDER CONCERNING PRETRIAL MOTIONS as to Corey Troy Morton. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than 6/25/15. The parties shall respond to any such request for pretrial disclosure not later than 7/2/15. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 7/9/15. Criminal Pretrial Motion due by 7/9/2015. Signed by Magistrate Judge Nannette A. Baker on 6/19/15. (KJS) (Entered: 06/19/2015) |
| 06/19/2015 | 17 | ENTRY OF ATTORNEY APPEARANCE: by Nanci McCarthy on behalf of Corey Troy Morton (McCarthy, Nanci) (Entered: 06/19/2015) |
| 07/10/2015 | 18 | MOTION for Extension of Time to File *Pretrial Motions* by Corey Troy Morton. (McCarthy, Nanci) (Entered: 07/10/2015) |
| 07/13/2015 | 19 | ORDER AND SPEEDY TRIAL FINDING – IT IS HEREBY ORDERED that Defendants Motion for Additional Time to File Pretrial Motions [Doc. # 18 ] is GRANTED. Defendant shall have to and including July 24, 2015 to file any pretrial motions or waiver of motions. The Government shall have until July 31, 2015 to respond. If Defendant fails to file pretrial motions or a waiver of pretrial motions, the court will set the matter for a hearing. Signed by Magistrate Judge Nannette A. Baker on 7/13/15. (KJS) (Entered: 07/13/2015) |
| 07/27/2015 | 20 | WAIVER of Filing Pretrial Motions by Corey Troy Morton (McCarthy, Nanci) (Entered: 07/27/2015) |
| 07/28/2015 | 21 | Docket Text ORDER as to Corey Troy Morton setting a waiver hearing for Tuesday, August 4, 2015 at 9:45 a.m. in the courtroom of the undersigned. Signed by Magistrate Judge Nannette A. Baker on 7/28/2015. (ESF) (Entered: 07/28/2015) |
| 08/04/2015 | 22 | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:In Court Hearing (Waiver of Motions) as to Corey Troy Morton held on 8/4/2015 Jury Trial set for 9/2/2015 09:00 AM before District Judge John A. Ross. (FTR Gold Operator initials:K. Shirley.) (FTR Gold: Yes.) (proceedings started: 9:44 a.m..) (proceedings ended: 9:47 a.m..) (Defendant Location: Custody.) (KJS) (Entered: 08/04/2015) |
| 08/04/2015 | 23 | ORDER CONCERNING WAIVER OF PRETRIAL MOTIONS as to Corey Troy Morton. This matter came before the Court for an evidentiary hearing on pretrial motions. The defendant appeared with counsel and after being advised of the right to file motions and to have an evidentiary hearing, defendant knowingly and voluntarily waived his right to file or proceed on pretrial motions and to an evidentiary hearing. |

| | | |
|---|---|---|
| | | There being no outstanding motions in this matter, the evidentiary hearing is canceled. Jury Trial set for 9/21/2015 09:00 AM before District Judge John A. Ross.Signed by Magistrate Judge Nannette A. Baker on 8/4/15. (KJS) (Entered: 08/04/2015) |
| 08/24/2015 | 24 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Corey Troy Morton. Jury Trial is set for 9/21/2015 at 9:00 AM in Courtroom 12N before District Judge John A. Ross. Signed by District Judge John A. Ross on 8/24/15. (CAR) (Entered: 08/24/2015) |
| 09/11/2015 | 25 | MOTION to Continue ; Trial by Corey Troy Morton. (Attachments: # 1 Attachment Speedy Trial Waiver)(McCarthy, Nanci) (Entered: 09/11/2015) |
| 09/14/2015 | 26 | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendants Motion to Continue the Trial [Doc. No. 25 ] is GRANTED. Pursuant to 18 U.S.C. ' 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to Monday, October 19, 2015 at 9:00 a.m. Jury Trial set for 10/19/2015 09:00 AM in Courtroom 12N before District Judge John A. Ross. Signed by District Judge John A. Ross on 9/14/15. (JAB) (Entered: 09/14/2015) |
| 10/15/2015 | 27 | MOTION to Continue ; Trial by Corey Troy Morton. (Attachments: # 1 Attachment)(McCarthy, Nanci) (Entered: 10/15/2015) |
| 10/15/2015 | 28 | MEMORANDUM AND ORDER as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendants Motion to Continue the Trial [Doc. No. 27] is GRANTED. Pursuant to 18 U.S.C. ' 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to Monday, December 7, 2015 at 9:00 a.m. Signed by District Judge John A. Ross on 10/15/2015. (KMS) (Entered: 10/15/2015) |
| 11/23/2015 | 29 | MOTION to Continue ; trial by Corey Troy Morton. (Attachments: # 1 Attachment Waiver of Speedy Trial)(McCarthy, Nanci) (Entered: 11/23/2015) |
| 11/24/2015 | 30 | MEMORANDUM AND ORDER as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendants Motion to Continue the Trial [Doc. No. 29] is GRANTED. Pursuant to 18 U.S.C. ' 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to Tuesday, January 19, 2016 at 9:00 a.m. Jury Trial set for 1/19/2016 09:00 AM in Courtroom 12N before District Judge John A. Ross. Signed by District Judge John A. Ross on 11/24/2015. (KMS) (Entered: 11/24/2015) |
| 01/08/2016 | 31 | MOTION to Continue ; Trial Setting by Corey Troy Morton. (McCarthy, Nanci) (Entered: 01/08/2016) |
| 01/11/2016 | 32 | MEMORANDUM AND ORDER as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendants Motion to Continue the Trial [Doc. No. 31] is GRANTED. Pursuant to 18 U.S.C. ' 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time |

| | | under the Speedy Trial Act. The jury trial of this matter is continued to Monday, March 7, 2016 at 9:00 a.m. Signed by District Judge John A. Ross on 1/11/2016. (KMS) (Entered: 01/11/2016) |
|---|---|---|
| 01/11/2016 | 33 | WAIVER of Speedy Trial by Corey Troy Morton (KMS) (Entered: 01/12/2016) |
| 03/01/2016 | 34 | MOTION to Continue ; Trial Setting by Corey Troy Morton. (Attachments: # 1 Attachment Speedy Trial Waiver)(McCarthy, Nanci) (Entered: 03/01/2016) |
| 03/03/2016 | 35 | MEMORANDUM AND ORDER as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendants Motion to Continue the Trial [Doc. No. 34] is GRANTED. Pursuant to 18 U.S.C. ' 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to Monday, April 4, 2016 at 9:00 a.m. Due to the number of continuances previously granted in this case, no further continuances will be considered absent an extreme showing of good cause. Signed by District Judge John A. Ross on 3/3/2016. (KMS) (Entered: 03/03/2016) |
| 03/31/2016 | 36 | MOTION to Continue ; Trial by Corey Troy Morton. (Attachments: # 1 Attachment Speedy Trial Waiver)(McCarthy, Nanci) (Entered: 03/31/2016) |
| 04/04/2016 | 37 | ORDER TO CONTINUE (per 18:3161)/MEMORANDUM AND ORDER – Ends of Justice as to Corey Troy Morton; 36 MOTION to Continue Trial is GRANTED ; Jury Trial set for 5/2/2016 09:00 AM in Courtroom 12N before District Judge John A. Ross.. Signed by District Judge John A. Ross on 4/4/16. (KKS) (Entered: 04/05/2016) |
| 04/13/2016 | 38 | ORDER: IT IS HEREBY ORDERED that the possible change of plea hearing as to defendant Corey Troy Morton is set for April 19, 2016 at 1:30 p.m. Signed by District Judge John A. Ross on 4/13/16. (JAB) (Entered: 04/13/2016) |
| 04/19/2016 | 39 | Minute Entry for proceedings held before District Judge John A. Ross:Change of Plea Hearing as to Corey Troy Morton Guilty on counts 3 held on 4/19/2016 Counts held in abeyance until sentencing: 1 and 2 Sentencing set for 7/26/2016 10:00 AM in Courtroom 12N before District Judge John A. Ross. (Court Reporter:Lisa Paczkowski.) (FTR Gold: No.) (proceedings started: 1:35.) (proceedings ended: 2:00.) (Defendant Location: Custody.) (KMS) (Entered: 04/19/2016) |
| 04/19/2016 | 40 | GUILTY PLEA AGREEMENT by Corey Troy Morton (KMS) (Entered: 04/19/2016) |
| 04/19/2016 | 41 | ORDER: IT IS HEREBY ORDERED that the sentencing as to Defendant Corey Troy Morton is set for Tuesday, July 26, 2016 at 10:00 a.m. IT IS FURTHER ORDERED that the deadline for filing objections, if any, to the Presentence Report is July 12, 2016. Signed by District Judge John A. Ross on 4/19/2016. (KMS) (Entered: 04/19/2016) |
| 07/05/2016 | 43 | Letter from defendant re: sentencing. (JAB) (Entered: 07/05/2016) |
| 07/06/2016 | 44 | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by Corey Troy Morton (McCarthy, Nanci) (Entered: 07/06/2016) |
| 07/07/2016 | 45 | MOTION to Continue ; Sentencing Hearing by Corey Troy Morton. (McCarthy, Nanci) (Entered: 07/07/2016) |
| 07/07/2016 | 46 | |

| | | Docket Text ORDER as to Corey Troy Morton Re: <u>45</u> Motion to Continue Sentencing Hearing by Corey Troy Morton; ORDERED GRANTED. The Sentencing hearing is continued to August 16, 2016 at 10:00 a.m. Signed by District Judge John A. Ross on July 7, 2016. (SAA) (Entered: 07/07/2016) |
|---|---|---|
| 08/09/2016 | <u>47</u> | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Corey Troy Morton (Attachments: # <u>1</u> Letter)(AAS) (Entered: 08/09/2016) |
| 08/16/2016 | <u>49</u> | Minute Entry for Sentencing proceedings held before District Judge John A. Ross as to Corey Troy Morton on 8/16/2016 ; No objections to the PSR by either party made. Counts 1 & 2 dismissed upon motion of the government; Sentence imposed – See judgment (Court Reporter: Lisa Paczkowski) (FTR Gold: No) (proceedings started: 9:56 am) (proceedings ended: 10:20 am) (Defendant Location: CUSTODY) (KKS) (Entered: 08/16/2016) |
| 08/16/2016 | <u>50</u> | JUDGMENT as to Corey Troy Morton (1), Counts 1r & 2r are Dismissed upon motion of the government; Count 3r, IMPRISONMENT: 120 months, This sentence shall run concurrent with any sentence imposed in Circuit Court, St. Louis County, Missouri, under Docket Nos. 13SL−CR08555−0l and 13SL−CR00386−0l.; SUPERVISED RELEASE: three years (See judgment for additional terms); Special Assessment of $100 due immediately. Signed by District Judge John A. Ross on 8/16/16. (KKS) (Entered: 08/16/2016) |
| 08/16/2016 | <u>51</u> | STATEMENT OF REASONS for Sentence as to defendant Corey Troy Morton Signed by District Judge John A. Ross on 8/16/16. (KKS) (Entered: 08/16/2016) |
| 08/16/2016 | <u>52</u> | Letters in support of defendant. (KKS) (Entered: 08/16/2016) |
| 08/17/2016 | <u>53</u> | NOTICE by Corey Troy Morton of Certification of Compliance with Local Rule 12.07. (McCarthy, Nanci) (Entered: 08/17/2016) |
| 08/04/2017 | | Receipt CT B00137 in the amount of $50.00 for SPECIAL PENALTY ASSESSMENT on behalf of Morton, Corey Troy (CCAM) (Entered: 09/10/2017) |
| 09/11/2017 | | Receipt CT B001248 in the amount of $35.77 for SPECIAL PENALTY ASSESSMENT on behalf of Morton, Corey Troy (CCAM) (Entered: 10/11/2017) |
| 09/25/2017 | <u>54</u> | Marshal's Return on Judgment as to Corey Troy Morton ; on 6/26/17, Defendant delivered to FCI Greenville IL. (KKS) (Entered: 09/26/2017) |
| 01/15/2021 | <u>55</u> | MOTION for Relief re: First Step Act (compassionate release) by Corey Troy Morton. (Attachments: # <u>1</u> Exhibits, # <u>2</u> Envelope)(KXS) (Entered: 01/19/2021) |
| 01/19/2021 | <u>56</u> | ENTRY OF ATTORNEY APPEARANCE: by Nanci McCarthy on behalf of Corey Troy Morton (McCarthy, Nanci) (Entered: 01/19/2021) |
| 03/13/2021 | <u>57</u> | NOTICE by Corey Troy Morton of: Intent to Not File Supplemental Motion (McCarthy, Nanci) (Entered: 03/13/2021) |
| 04/21/2021 | <u>58</u> | MEMORANDUM AND ORDER Ruling Motion for Compassionate Release as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendant's motion for compassionate release <u>55</u> is DENIED. Signed by District Judge John A. Ross on 4/21/2021. (CLO) (Entered: 04/21/2021) |
| 04/21/2021 | | ORDER RECEIPT: (see receipt) Docket No: 58. Mailed to party not set up for electronic delivery. Wed Apr 21 16:00:50 CDT 2021 (Olliges, Chelsea) (Entered: 04/21/2021) |

| 06/24/2022 | 59 | MOTION for Relief re: First Step Act by Corey Troy Morton as to Corey Troy Morton. (CLT) (Entered: 06/24/2022) |
|---|---|---|
| 07/22/2022 | 60 | NOTICE by Corey Troy Morton re 59 MOTION for Relief re: First Step Act of: Intent Not to File Supplemental Motion (McCarthy, Nanci) (Entered: 07/22/2022) |
| 08/22/2023 | 62 | ORDER as to Corey Troy Morton: IT IS HEREBY ORDERED that Defendant Corey Morton's motion for compassionate release is DENIED as moot. (Doc. 59 ). Signed by Sr. District Judge John A. Ross on 8/22/23. (JAB) (Entered: 08/22/2023) |
| 08/22/2023 |  | ORDER RECEIPT: (see receipt) Docket No: 62. Mailed to party not set−up for electronic notification Tue Aug 22 13:46:19 CDT 2023 (Bernsen, John) (Entered: 08/22/2023) |
| 09/07/2023 | 63 | Mail Returned as Undeliverable. Mail sent to Corey Troy Morton. Returned document(s): 62 Memorandum and Order Ruling Motion for Compassionate Release. Could not verify new address and mail was not resent. (CLT) (Entered: 09/07/2023) |
| 06/06/2024 | 65 | Supervised Release Jurisdiction Transferred to Eastern District of Texas as to Corey Troy Morton (KXS) (Entered: 06/06/2024) |

FILED

NOV 1 2 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:14CR360 JAR/NAB** |
| | ) | |
| COREY TROY MORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 6, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**COREY TROY MORTON**,

the defendant herein, did knowingly and intentionally possess with the intent to distribute a

quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about October 6, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**COREY TROY MORTON**,

the defendant herein, did knowingly possess a firearm in furtherance of a drug-trafficking crime

which may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The Grand Jury further charges that:

On or about October 6, 2014, in the City of St. Louis, within the Eastern District of Missouri,

## COREY TROY MORTON,

the defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

Antoinette Decker #76352CA
Assistant United States Attorney

AO 245B (Rev. 10/15)
Sheet 1- Judgment in a Criminal Case

# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Corey Troy Morton

### JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:14CR00360-1 JAR

USM Number: 42614-044

Nanci McCarthy
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)  3 of a three-count Indictment on April 19, 2016.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2) | Felon in Possession of a Firearm | 10/6/2014 | 3 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 1 and 2                     are     dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 16, 2016
Date of Imposition of Judgment

Signature of Judge

JOHN A. ROSS
United States District Judge
Name & Title of Judge

August 16, 2016
Date signed

Record No.: 537

DEFENDANT: Corey Troy Morton

CASE NUMBER: 4:14CR00360-1 JAR

District: Eastern District of Missouri

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 months

This sentence shall run concurrent with any sentence imposed in Circuit Court, St. Louis County, Missouri, under Docket Nos. 13SL-CR08555-01 and 13SL-CR00386-01.

☒ The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in the Residential Drug Abuse Program and mental health treatment. It is also recommended the defendant be evaluated for participation in an occupational/ Educational program, specifically, in culinary arts. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

The defendant be placed in a BOP facility as close to St. Louis, MO, as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

# MARSHALS RETURN MADE ON SEPARATE PAGE

AO 245B (Rev. 10/15)   Judgment in Criminal Case       Sheet 3 - Supervised Release

Judgment-Page ___3___ of ___6___

DEFENDANT: Corey Troy Morton

CASE NUMBER: 4:14CR00360-1 JAR

District:   Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   three years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 10/15)     Judgment in Criminal Case     Sheet 3A - Supervised Release

Judgment-Page ___4___ of ___6___

DEFENDANT: Corey Troy Morton

CASE NUMBER: 4:14CR00360-1 JAR

District: Eastern District of Missouri

## ADDITIONAL SUPERVISED RELEASE TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Re-entry Center placement, residential or inpatient treatment.

The defendant shall participate in a mental health evaluation and shall follow any recommendations of such and/or shall participate in a mental health program approved by the probation office.

The defendant shall submit his person, residence, office, or vehicle to a search conducted by the probation office based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B (Rev. 10/15)     Judgment in Criminal Case     Sheet 5 - Criminal Monetary Penalties

Judgment-Page  5  of  6

DEFENDANT: Corey Troy Morton
CASE NUMBER: 4:14CR00360-1 JAR
District:    Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | | |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

Totals: _____  _____

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine   ☐ restitution.

☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in Criminal Case Sheet 6 – Schedule of Payments

Judgment–Page <u>6</u> of <u>6</u>

DEFENDANT: <u>Corey Troy Morton</u>
CASE NUMBER: <u>4:14CR00360-1 JAR</u>
District: <u>Eastern District of Missouri</u>

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of <u>$100 special assessment</u> due immediately, balance due

    ☐ not later than _____ , or

    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons'
Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
    Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

Under <u>21 U.S.C. Section 853</u>, the defendant has forfeited all of his right, title, and interest in the property previously identified in the plea
agreement.

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal,
(5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: Corey Troy Morton

CASE NUMBER: 4:14CR00360-1 JAR

USM Number: 42614-044

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐    The Defendant was released on _____ to_____ Probation

☐    The Defendant was released on _____ to_____ Supervised Release

☐    and a Fine of_____ ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

18